## 40245. WEBSTER v. THE STATE.

PER CURIAM.

The trial court denied defendant's demurrer making a constitutional challenge to the method of notification used by the Department of Public Safety in revoking a driver's license. The trial court also denied his claim of double jeopardy. A certificate of immediate review was granted by the trial court. The defendant filed a notice of appeal to this court.

The constitutional question will not be reviewed because the defendant failed to make an application for interlocutory appeal as required by OCGA § 5-6-34(b) (Code Ann. § 6-701). Jurisdiction over the appeal of the double jeopardy issue is in the Court of Appeals. *Patterson v. State,* 248 Ga. 875 (287 SE2d 7) (1982). Accordingly, this case is transferred to the Court of Appeals.

*Transferred to Court of Appeals. All the Justices concur.*

DECIDED SEPTEMBER 21, 1983.

*J. Walter Cowart,* for appellant.

*Spencer Lawton, Jr., District Attorney, David T. Lock, Lee Darragh, Assistant District Attorneys,* for appellee.